2002). The Board states that Dorothy T. Schibik does not oppose.

We note that the Department of the Air Force's petition for en banc review in *McCormick* was recently denied.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the Board's decision is vacated, and the case is remanded for further consideration in view of *McCormick*.

**In re George Y. WU, James M. Wilson, and Catherine H. Wu.**

No. 03–1375.

United States Court of Appeals, Federal Circuit.

June 3, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MARUT TESTING & INSPECTION SERVICES, INC., Appellant,**

v.

**Stephen A. PERRY, Administrator, General Services Administration, Appellee.**

No. 03–1111.

United States Court of Appeals, Federal Circuit.

June 4, 2003.

*ORDER*

The appellant having failed to file the required Entry of Appearance form it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Wilma E. SANDERS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3108.

United States Court of Appeals, Federal Circuit.

June 4, 2003.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

James R. VANDERPOOL, Michele L. Root, Richard L. Roberts, Thomas J. Funke, William E. Fisher, and Donald A. McMullen, Petitioners,

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 02–3374.

United States Court of Appeals, Federal Circuit.

June 4, 2003.

ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Geral W. SOSBEE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3057.

United States Court of Appeals, Federal Circuit.

June 5, 2003.

